UNITED STATES of America,
Plaintiff–Appellee,

v.

Aubrey Demont PRYOR, a/k/a Mud
Duck, Defendant–Appellant.

No. 06–7096.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 21, 2006.

Aubrey Demont Pryor, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aubrey Demont Pryor appeals the district court's order denying his motion to compel the Government to file a motion to reduce his sentence under Fed.R.Crim.P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pryor*, No. 4:00–cr–00057 (D.S.C. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*